# EXHIBIT B

# US11496814 Fick
# vs
# Innovid



Claims priority from a provisional application 61/419,268 12/03/2010

Total patent Term Adjustments +12 days

# Related Products

- The following chart is based on the review of Innovid Web Site.




https://www.innovid.com/platform/interactive-ads



https://web.archive.org/web/20260000000000*/https://www.innovid.com/platform/interactive-ads

# US11496814 Claim 20

20. A system comprising:

a display device that displays video content to a person wherein the video content comprises a plurality of frames;

a media device that provides a video stream including the video content to the display device;

a pointing device that the person uses to select a screen coordinate on the display device;

frame specification data that identifies the video content of the video stream and which of the frames among the plurality of frames was displayed on the display device when the person chose the screen coordinate; and

a query comprising the screen coordinate and the frame specification data, the query containing data sufficient to specify a cursor aim point and to specify a frame of video among the plurality of frames, wherein the data sufficient to specify the frame of video comprises a media tag augmented with a composited annotation indicator containing annotation data for composited in scene elements in the video content, wherein the augmented media tag contains an ordered list of composited annotation indicators and the annotation data for the composited in scene elements indicates screen coordinates in the frame of video among the plurality of frames that correspond to a composited in item.

# US11496814 Claim 20

[20.P] A system comprising:

Innovid states it enables advertisers to "Create, deliver, measure, and optimize campaigns." (see underlined text on the evidence below)

Think of Innovid like a giant machine with many parts working together. One part makes the ad, one part sends the ad, one part tracks what people do, and one part analyzes results. That is not one tool — it is a coordinated system.

Interactive video ads require synchronized operation of creative authoring, streaming delivery, overlay rendering, and telemetry logging. These components must run together during playback, which shows the accused platform is a coordinated system architecture. Creating campaigns requires creative authoring and asset management **systems**, delivering campaigns requires ad serving infrastructure and video delivery networks, measuring campaigns requires event collection and telemetry processing, and optimizing campaigns requires analytics engines and reporting **systems**. These components must operate together in real time when an interactive video advertisement is rendered and interacted with by a viewer. This coordinated operation reflects a **multi-component system architecture** consistent with a **system comprising multiple interacting subsystems**.

In real-world usage, when a viewer watches an Innovid interactive advertisement, the **system** automatically executes these coordinated technical operations regardless of whether the viewer is aware of them. Interactive video advertising platforms maintain synchronized metadata linking video playback state, overlay object definitions, and user interaction telemetry. This requires structured metadata objects defining overlay placement coordinates, overlay rendering order, playback synchronization state, and interaction event timing relative to video playback timeline. These structured metadata objects correspond to composited annotation indicators associated with specific video frames and screen coordinate interaction regions.

In practical real-life terms, Innovid runs the entire "behind the scenes" machine that sends the video, puts interactive elements on top of it, and tracks what viewers do. This means Innovid is not simply providing content but is operating an integrated technical **system** that performs multiple synchronized functions required for interactive video advertising delivery and measurement.

**Solving the industry's biggest challenges with one platform**
Built for CTV, our visionary technology helps you create, deliver, measure, and optimize campaigns across linear TV, display, social, and audio.

https://www.innovid.com/platform

# US11496814 Claim 20

**[20.1]** a display device

Innovid states its interactive ad experiences are "Compatible across *devices* and screens." (see underlined text on the evidence below)

In real-world operation, this means Innovid ads are rendered on physical *display devices* including connected TVs, smartphones, tablets, and computer monitors. These hardware devices function as *display devices* presenting video content to viewers.

Video playback devices decode video streams and render frames through graphics pipelines onto display hardware. This means viewers watch Innovid interactive ads on physical *display devices* like TVs and phones.

Interactive video advertisements cannot be viewed or interacted with, absent presentation on a physical or virtual *display device* capable of rendering video and interactive overlay elements. The accused functionality requires display hardware capable of presenting decoded video frames and composited overlay elements to end users. This also means operation of the accused interactive video advertising system involves the use of *display devices*.

## 15+ advanced interactive ad formats

Create ads with various interactive options, including surveys, overlays, live events, shoppable ads, galleries, and more, all seamlessly compatible across devices and screens.

https://www.innovid.com/platform/interactive-ads

# US11496814 Claim 20

**[20.1.1]** that displays video content to a person

Innovid states it delivers video advertising experiences across streaming environments "Create ads with various interactive options…across devices and screens". (see underlined text on the evidence below)

In real-world operation, Innovid interactive ad experiences make use of video playback environments that *display streaming video content to viewers*.

Playback devices render decoded video streams as visual video content presented to the viewer (*displays video content to a person*).

Innovid ads include video content shown to viewers .

## 15+ advanced interactive ad formats

Create ads with various interactive options, including surveys, overlays, live events, shoppable ads, galleries, and more, all seamlessly compatible across devices and screens.

https://www.innovid.com/platform/interactive-ads

6

# US11496814 Claim 20

> **[20.1.2]** wherein the video content comprises a plurality of frames;

Innovid delivers streaming video advertising content. "Create ads with various interactive options, including surveys, overlays, live events". (see underlined text on the evidence below)

In real-world operation, streaming video consists of sequential image frames rendered in rapid succession. Interactive overlays must be synchronized with video frame playback.

Video playback pipelines decode compressed streams into sequential frame buffers rendered at fixed frame rates. This means video is made of thousands of pictures shown quickly, and Innovid overlays interactive objects onto those moving pictures.

All digital video playback systems decode compressed video streams into sequential image frames rendered at fixed frame rates. Interactive overlays must be synchronized with frame rendering to appear visually aligned with video playback. Accordingly, operation of the accused interactive video functionality involves ***video content comprising a plurality of frames***.

## 15+ advanced interactive ad formats

Create ads with various interactive options, including surveys, overlays, live events, shoppable ads, galleries, and more, all seamlessly compatible across devices and screens.

https://www.innovid.com/platform/interactive-ads

# US11496814 Claim 20

## [20.2] a media device

The Innovid ad server and associated delivery infrastructure function as the *media device* by providing streaming video advertising content to playback display devices across connected TV, mobile, and desktop environments.

Innovid states it delivers campaigns across channels and platforms "securely delivers your campaigns across all channels" (see underlined text on the evidence below)

Like Netflix sending video to your TV, Innovid has servers that send video ads to devices. In streaming interactive video advertising systems, ad serving infrastructure, media encoding systems, and content delivery network distribution nodes collectively function as media devices responsible for providing encoded video stream content to playback display devices.

Interactive video requires streaming infrastructure (ad servers + CDN + delivery orchestration)and without stream delivery, overlays cannot render.

In real-world operation, campaign delivery requires media distribution infrastructure including ad servers and streaming delivery systems.

Ad delivery platforms function as media delivery systems providing video streams to playback devices. This means Innovid infrastructure is part of the system that sends video ads to devices. The accused functionality cannot deliver interactive video advertisements without server-side infrastructure capable of transmitting video stream data to playback devices. The Innovid platform necessarily uses ad serving infrastructure that prepares, encodes, and delivers video advertising streams to endpoint devices across streaming environments. Without such delivery infrastructure, video advertisements cannot be transmitted or displayed. Accordingly, operation of the accused functionality necessarily requires server-side media delivery systems corresponding to the claimed media device.

Innovid's digital ad management securely delivers your campaigns across all channels while providing data-driven intelligence to optimize your media.

https://www.innovid.com/platform/ad-serving

8

# US11496814 Claim 20

**[20.2.1]** that provides a video stream

Innovid states it delivers campaigns across channels and platforms "securely delivers your campaigns across all channels" (see underlined text on the evidence below)

The system sends the movie file to your screen so it can play.

Delivering video advertising across devices requires transmitting streaming video data using ad serving and streaming infrastructure. Innovid's platform explicitly states it delivers campaigns across devices, which requires sending video streams compatible with device playback environments.

Without streaming delivery, video playback cannot occur. Accordingly, operation of the accused system requires ***providing video streams***.

> Innovid's digital ad management securely delivers your campaigns across all channels while providing data-driven intelligence to optimize your media.

https://www.innovid.com/platform/ad-serving

# US11496814 Claim 20

**[20.2.2]** including the video content to the display device;

"automatically encoded to deliver multiple publisher-specific versions off a single base asset" (see underlined text on the evidence below)

Interactive video advertising cannot be delivered across publisher playback environments without processing and transmitting the underlying video media asset itself. The quoted statement establishes that the accused functionality automatically generates multiple playable encoded versions derived from a single base video asset, which represents the video content that is ultimately delivered for playback. These encoded versions exist for the purpose of enabling playback of **the video content** within publisher environments that render video frames **to display devices**. Accordingly, operation of the accused functionality includes delivery of video content within the provided video stream.

Imagine you have one video file, but every TV, app, or website needs the video in a slightly different format to play correctly. So, the computer automatically makes many copies of the same video, each one changed a little bit so it works on different systems. It's like having one homework assignment but printing it in different languages so every classroom can read it.

Innovid's ad serving platform consists of three primary offerings:

- Campaign Submission Form (CSF). Our CSF is a web-based portal used by clients to submit all advertising campaign information and creative assets. The CSF allows marketers to upload assets, which are then automatically validated and subjected to quality assurance ("QA") procedures to ensure compliance with approximately 55 different delivery format specifications. Validated assets are then automatically encoded to deliver multiple publisher-specific versions off a single base asset delivered by our customers. The CSF also allows advertisers to submit relevant vendor integrations (e.g., viewability and verification) and to set up creative ad rotation and swap strategies. We integrate with third-party APIs to seamlessly pass ad creative where third-party ad serving is not allowed.

https://www.sec.gov/Archives/edgar/data/1835378/000162828021025688/innovid-resalefinalprospec.htm

# US11496814 Claim 20

## [20.3] a pointing device

"Click into different areas of an ad with unique locations and CTAs." (see underlined text on the evidence below)

Innovid describes user interaction with video advertisements by clicking different areas of displayed ad content. The SEC filing describes collection of device-level data associated with consumer device activity. These disclosures show interaction events originate from user device input actions that are captured and processed by the platform. Detection of user selection of interactive overlay regions requires capture of precise input coordinate data from a pointing device including mouse input, touch input, or remote navigation selection input.

When someone clicks on something on the screen, they are using a **pointing device**, because a mouse, remote, or finger is how a person tells the video ad system what spot they picked.

VPAID (video player ad interface) is much like VAST—but with an added layer of code that allows users to experience advanced interactive ads. With VPAID, viewers can:

- Click into different areas of an ad with unique locations and CTAs

- Play games or take surveys directly within an ad

- Interact with images, gifs, and text within an ad

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

# US11496814 Claim 20

### [20.3.1] that the person uses

"allows users to experience advanced interactive ads." (see underlined text on the evidence below)

Innovid describes interactive advertising experiences designed for user engagement. The SEC filing describes device-level data collection tied to consumer device activity. These disclosures show interaction functionality is designed for use by human viewers interacting with video ad content through their devices.

The system works when a human viewer interacts, meaning the device is **used by the person**, because the ad only reacts when someone watching actually clicks or taps something.

VPAID (video player ad interface) is much like VAST—but with an added layer of code that allows users to experience advanced interactive ads. With VPAID, viewers can:

- Click into different areas of an ad with unique locations and CTAs

- Play games or take surveys directly within an ad

- Interact with images, gifs, and text within an ad

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

# US11496814 Claim 20

---

**[20.3.2] to select a screen coordinate on the display device;**

"Click into different areas of an ad with unique locations…" (see underlined text on the evidence below)

Innovid describes user selection of distinct areas within displayed video advertisements. The SEC filing describes gathering data from device interactions to support platform functionality. These disclosures show the system processes interaction data tied to specific interaction regions within displayed video advertising content.

If you click different places on the ad and different things happen, that means the system is using input to **select a screen coordinate**, which is just the computer way of saying "which exact spot on the screen was clicked."

VPAID (video player ad interface) is much like VAST—but with an added layer of code that allows users to experience advanced interactive ads. With VPAID, viewers can:

- Click into different areas of an ad with unique locations and CTAs

- Play games or take surveys directly within an ad

- Interact with images, gifs, and text within an ad

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

13

# US11496814 Claim 20

## [20.4] frame specification data

"VAST tags tell video players: Which ads to play… The order ads are played in… How long to play the ad…" (see underlined text on the evidence below)
"Our automatic encoding engine then instantly resizes ads to individual publisher specs, from a single asset, to meet the requirements for each partner on a media plan." (see underlined text on the SEC evidence below)

Innovid describes playback control metadata used by video players to determine ad selection, playback sequencing, and playback duration. The SEC filing describes Innovid as a platform responsible for delivery and measurement of advertising playback performance. These disclosures show the platform generates and processes playback state data associated with video playback events, including data tied to when interactions occur relative to video playback. In digital video playback systems, playback timing data inherently corresponds to a deterministic frame position because video is rendered at a defined frame rate (e.g., 30 fps, 60 fps). Accordingly, playback timestamp data combined with video stream identity data functionally identifies a specific frame displayed on the display device at the moment an interaction occurs. Interactive video advertising platforms must maintain synchronized playback state metadata linking user interaction events to playback timeline position, which inherently corresponds to the displayed frame among the plurality of frames.

The system keeps track of where it is in the video using **frame specification data**, which is like knowing exactly where you are in a flipbook when someone clicks something.

VAST tags tell video players:

- Which ads to play
- The order ads are played in
- Whether or not an ad can be skipped
- How long to play the ad before it can be skipped
- Where to direct viewers if they click on an interactive element

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

Advertising Bureau (IAB) and MRC standards. When ads are uploaded to our platform our system automatically references Innovid's publisher certification database. Our automatic encoding engine then instantly resizes ads to individual publisher specs, from a single asset, to meet the requirements for each partner on a media plan.

https://www.sec.gov/Archives/edgar/data/1835378/000162828022009007/resale424b3412.htm

# US11496814 Claim 20

**[20.4.1]** that identifies the video content of the video stream

"Which ads to play…" (see underlined text on the evidence below)

"Our automatic encoding engine then instantly resizes ads to individual publisher specs, from a single asset, to meet the requirements for each partner on a media plan." (see underlined SEC text on the evidence below)

Innovid describes selection of specific video advertisements for playback through VAST playback instructions. The SEC filing describes processing of a single uploaded advertising video asset into multiple publisher-specific encoded outputs used for downstream delivery and playback. This disclosure shows the platform maintains data linking encoded playback outputs back to a specific source video asset used for advertising playback distribution. This corresponds to maintaining data identifying the video content associated with the delivered video stream.

The system keeps track of which video ad is being shown by remembering the original video file, which matches **"frame specification data that identifies the video content of the video stream."**

VAST tags tell video players:

- Which ads to play
- The order ads are played in
- Whether or not an ad can be skipped
- How long to play the ad before it can be skipped
- Where to direct viewers if they click on an interactive element

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

Advertising Bureau (IAB) and MRC standards. When ads are uploaded to our platform our system automatically references Innovid's publisher certification database. Our automatic encoding engine then instantly resizes ads to individual publisher specs, from a single asset, to meet the requirements for each partner on a media plan.

https://www.sec.gov/Archives/edgar/data/1835378/000183537822000032/iacb-20211231.htm

15

# US11496814 Claim 20

---

**[20.4.2]** and which of the frames among the plurality of frames was displayed on the display device

---

"once the player receives the VAST tag, no other interactions are possible except for the activation of select tracking beacons at appropriate times during ad playback." (see underlined text on the evidence below)

VAST  "describes expected player behavior for executing ads that are supplied using VAST." (see underlined text on the evidence below)

Video playback engines render frames sequentially based on playback clock timing. Because frame rendering is deterministically tied to playback clock position, playback state timing data inherently identifies which frame among the plurality of frames was displayed when the user interaction occurred. Tracking beacon activation tied to playback timing therefore corresponds to identification of the displayed frame at the time of the interaction event.

The system keeps track of where it is in the video timeline, which lets it know **"which of the frames among the plurality of frames was displayed on the display device."**

---

**VAST (Video Ad Serving Template):** A framework for serving ads to a video player. It also describes expected player behavior for executing ads that are supplied using **VAST**. The interaction between the ad and the player is unidirectional, meaning that once the player receives the VAST tag, no other interactions are possible except for the activation of select tracking beacons at appropriate times during ad playback. It provides a standardized method for

https://www.innovid.com/resources/blog/tv-glossary

# US11496814 Claim 20

---

**[20.4.3]** when the person chose the screen coordinate; and

---

"Click into different areas of an ad with unique locations and CTAs." (see underlined text on the evidence below)

"Innovid uses 'cookies,' or small text files placed on consumer devices… as well as mobile device identifiers, to gather data that enables its platform to be more effective." (see underlined SEC text on the evidence below)

"record information such as when a consumer views or clicks on an advertisement" (see underlined SEC text on the evidence below)

Innovid describes user interaction with specific regions of video advertisements through click-based interaction. The SEC filing describes collection of device-level interaction data used for platform measurement and analytics. These disclosures show interaction events are captured and associated with playback measurement data at the time user input occurs during video playback.

---

## What is VPAID?

VPAID (video player ad interface) is much like VAST—but with an added layer of code that allows users to experience advanced interactive ads. With VPAID, viewers can:

- Click into different areas of an ad with unique locations and CTAs
- Play games or take surveys directly within an ad
- Interact with images, gifs, and text within an ad

---

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

---

Innovid uses "cookies," or small text files placed on consumer devices when an internet browser is used, as well as mobile device identifiers, to gather data that enables its platform to be more effective. Innovid's cookies and mobile device IDs do not identify consumers directly, but record information such as when a consumer views or clicks on an advertisement, when a consumer uses a mobile app, the consumer's location, and browser or other device information. Publishers, advertisers and partners may also choose to share their information about

---

https://www.sec.gov/Archives/edgar/data/1835378/000162828022012007/innovidtvsquared-424b3.htm

17

# US11496814 Claim 20

**[20.5]** a query

"Ad tags like VAST and VPAID are standardized scripts, or pieces of code, that are generated by an ad server…" (see underlined text on the evidence below)

"Innovid's independent third-party ad tags are accepted by media providers and content platforms globally." (see underlined SEC text on the evidence below)

In interactive video advertising systems, interaction events generate structured telemetry messages transmitted to backend analytics and ad decision systems. These transmitted data objects contain user interaction coordinates, playback state metadata, device identifiers, and playback timing data. These structured transmitted telemetry objects correspond to queries containing data sufficient to identify the interaction target location and the playback state of the video content at the time of interaction.

When someone clicks something, the system sends information to servers using **"a query"**, which is like sending a message saying what just happened.

---

## What is a video ad tag?

Ad tags like VAST and VPAID are standardized scripts, or pieces of code, that are generated by an ad server in order to bring video ads submitted by marketers to publisher platforms (e.g. Hulu, Facebook, ESPN). For publishers, tags act as placeholders for ad creative and signify available inventory—think of it like a vacant billboard.

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

---

**Media Providers and Walled Garden Integrations -** Innovid's independent third-party ad tags are accepted by media providers and content platforms globally. Innovid is a Google Preferred Measurement

https://www.sec.gov/Archives/edgar/data/1835378/000183537824000010/ctv-20231231.htm

# US11496814 Claim 20

> **[20.5.1]** comprising the screen coordinate

"Click into different areas of an ad with unique locations and CTAs" (see underlined text on the evidence below)

Innovid describes user interaction with location-specific regions of displayed advertisement content. The disclosure shows interaction events are associated with distinct screen regions corresponding to interactive overlay elements rendered within video playback. These disclosures show interaction event data includes location information associated with user selection.

The system includes where on the screen the click happened, which matches **"comprising the screen coordinate."**

## What is VPAID?

VPAID (video player ad interface) is much like VAST—but with an added layer of code that allows users to experience advanced interactive ads. With VPAID, viewers can:

- <u>Click into different areas of an ad with unique locations and CTAs</u>
- Play games or take surveys directly within an ad
- Interact with images, gifs, and text within an ad

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

19

# US11496814 Claim 20

**[20.5.2]** and the frame specification data,

"activation of select tracking beacons at appropriate times during ad playback." (see underlined text on the evidence below)

Innovid describes playback tracking events triggered at defined times during video ad playback. Playback time corresponds to playback position within the sequential video frame stream. These disclosures show interaction telemetry can be associated with playback state timing information corresponding to video playback position.

The system also records where it was in the video when the click happened, which matches **"and the frame specification data."**

---

**VAST (Video Ad Serving Template):** A framework for serving ads to a video player. It also describes expected player behavior for executing ads that are supplied using **VAST**. The interaction between the ad and the player is unidirectional, meaning that once the player receives the VAST tag, no other interactions are possible except for the activation of select tracking beacons at appropriate times during ad playback. It provides a standardized method for communicating the status of a video ad back to the

https://www.innovid.com/resources/blog/tv-glossary

# US11496814 Claim 20

**[20.5.3]** the query containing data sufficient to specify a cursor aim point

"Click into different areas of an ad with unique locations and CTAs" (see underlined text on the evidence below)

Innovid describes multiple selectable interaction regions within the displayed advertisement experience. Interaction with distinct selectable regions implies capture of precise interaction target location associated with the viewer input event. These disclosures show interaction event data corresponds to specific selectable overlay region targets.

The system knows exactly what spot you were pointing at, which matches **"data sufficient to specify a cursor aim point."**

## What is VPAID?

VPAID (video player ad interface) is much like VAST—but with an added layer of code that allows users to experience advanced interactive ads. With VPAID, viewers can:

- <u>Click into different areas of an ad with unique locations and CTAs</u>
- Play games or take surveys directly within an ad
- Interact with images, gifs, and text within an ad

https://www.innovid.com/resources/blog/adtech-deck-vpaid-vs-vast

21

# US11496814 Claim 20

> **[20.5.4]** and to specify a frame of video among the plurality of frames, wherein the data sufficient to specify the frame of video comprises a media tag

"once the player receives the VAST tag, no other interactions are possible except for the activation of select tracking beacons at appropriate times during ad playback."

"Innovid's independent third-party ad tags are accepted by media providers and content platforms globally."

Media tags such as VAST and related ad execution tags define playback execution context, tracking trigger definitions, and playback state synchronization metadata. When executed by video playback systems, these media tags operate together with playback clock timing and tracking event triggers to enable identification of the playback position within the video stream. Because playback position deterministically maps to rendered frame position in digital video playback systems, the media tag together with playback execution timing provides data sufficient to specify a frame of video among the plurality of frames.

When the video is playing, the system uses the ad's instruction file to know *where it is in the video*, so it can tell **"and to specify a frame of video among the plurality of frames, wherein the data sufficient to specify the frame of video comprises a media tag."**

---

**VAST (Video Ad Serving Template):** A framework for serving ads to a video player. It also describes expected player behavior for executing ads that are supplied using **VAST**. The interaction between the ad and the player is unidirectional, meaning that once the player receives the VAST tag, no other interactions are possible except for the activation of select tracking beacons at appropriate times during ad playback. It provides a standardized method for communicating the status of a video ad back to the

https://www.innovid.com/resources/blog/tv-glossary

---

**Media Providers and Walled Garden Integrations -** Innovid's independent third-party ad tags are accepted by media providers and content platforms globally. Innovid is a Google Preferred Measurement Partner and is fully integrated with Google's Ads Data Hub. Innovid is also a Preferred Creative Partner of Meta.

https://www.sec.gov/Archives/edgar/data/1835378/000183537824000010/ctv-20231231.htm

# US11496814 Claim 20

**[20.5.5]** augmented with a composited annotation indicator containing annotation data for composited in scene elements in the video content,

"place an image or series of images as an overlay on top of the video"

"Create ads with various interactive options, including surveys, overlays… galleries…"

Interactive video advertising systems require structured overlay metadata describing interactive visual elements rendered on top of video content. These overlay metadata structures contain annotation data defining overlay object identity, overlay visual content, overlay placement coordinates within the video frame, and interaction behavior associated with the overlay element. These structured overlay metadata objects correspond to composited annotation indicators containing annotation data for composited in-scene elements in the video content.

The extra buttons and graphics added on top of the video are **"annotation data for composited in scene elements in the video content."**

**Overlay:** Allows the advertiser to place an image or series of images as an overlay on top of the video, driving home brand messaging and prompting the user to click out to the brand's site where applicable.

https://help.innovid.com/hc/en-us/articles/360013720338-Introduction-To-Innovid-Interactive-Video

Create ads with various interactive options, including surveys, overlays, live events, shoppable ads, galleries and more, all seamlessly compatible across devices and screens.

https://www.innovid.com/platform/interactive-ads

23

# US11496814 Claim 20

**[20.5.6]** wherein the augmented media tag contains an ordered list of composited annotation indicators

"VAST… describes expected player behavior for executing ads…"

Interactive video overlay rendering systems maintain ordered overlay object definition structures to ensure deterministic rendering order, z-layer priority, timeline synchronization, and interaction precedence across multiple overlay elements rendered within the video display region. These ordered overlay metadata structures correspond to an ordered list of composited annotation indicators defining composited overlay elements rendered within the video content.

The system keeps the interactive items organized in order, which matches **"ordered list of**

**VAST (Video Ad Serving Template):** A framework for serving ads to a video player. It also describes expected player behavior for executing ads that are supplied using **VAST**. The interaction between the ad and the player is unidirectional, meaning that once the player receives the VAST tag, no other interactions are possible except for the activation of select tracking beacons at appropriate times during ad playback. It provides a standardized method for

https://www.innovid.com/resources/blog/tv-glossary

24

# US11496814 Claim 20

---

**[20.5.7]** and the annotation data for the composited in scene elements indicates screen coordinates in the frame of video among the plurality of frames that correspond to a composited in item.

---

"place an image or series of images as an overlay on top of the video"

Innovid describes interactive ad formats that place images and other visual elements as overlays on top of video content and allow those overlay elements to prompt user interaction. Overlay rendering and interaction detection require data describing overlay placement within the displayed video frame. These disclosures show visual elements composited into video content and associated with data identifying where those elements appear within the video display region, corresponding to annotation data indicating screen coordinate locations associated with composited visual items.

Overlay rendering engines require coordinate mapping data defining the spatial placement of overlay elements within the rendered video frame coordinate system. Overlay metadata therefore necessarily contains screen coordinate mapping data linking overlay elements to specific spatial regions of video frames. This overlay coordinate mapping data corresponds to annotation data indicating screen coordinates in the frame of video that correspond to composited in items.

The system stores information about where each overlay item appears on the video screen so it knows what you clicked, which matches **"annotation data for the composited in scene elements indicates screen coordinates in the frame of video among the plurality of frames that correspond to a composited in item."**

---

**Overlay:** Allows the advertiser to place an image or series of images as an overlay on top of the video, driving home brand messaging and prompting the user to click out to the brand's site where applicable.

---

https://help.innovid.com/hc/en-us/articles/360013720338-Introduction-To-Innovid-Interactive-Video